UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY JONES, on behalf of her minor son, M.J.,

                Plaintiff,

- against -

CITY OF NEW YORK and JOHN DOE EMPLOYEE OF THE ADMINISRATION FOR CHILDREN'S SERVICES,

                Defendants.

**ORDER**

20 Civ. 4411 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will engage in settlement discussions over the next forty-five days. On or before **March 15, 2021**, the parties will submit a joint letter concerning the status of settlement negotiations. If the parties have not settled by that time, this Court will enter a case management plan.

Dated: New York, New York
       January 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge