UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

TRACY JONES, on behalf of her minor son, M.J.,

                                          Plaintiff,

-against-

CITY OF NEW YORK and,
JOHN DOE EMPLOYEE OF THE
ADMINISTRATION FOR CHILDREN'S SERVICES,

                                          Defendants.

**ORDER TO UNSEAL INVESTIGATION FILE**

20-CV-4411 (PGG)

------------------------------------------------------------------------ X

**WHEREAS,** plaintiff has asserted claims in this action implicating facts and circumstances regarding an incident involving plaintiff's minor son, M.J., while in the custody of the New York City Administration for Children's Services;

**WHEREAS**, the New York State Justice Center for the Protection of People with Special Needs ("Justice Center") conducted an investigation into the incident involving M.J., bearing Incident No. VPCR # 101-13766932389;

**WHEREAS**, documents pertaining to the Justice Center investigation pertaining to M.J. are be relevant to this action; and

**WHEREAS**, upon information and belief, all Justice Center documents relating to the investigation related to M.J. have been sealed pursuant to N.Y. Soc. Servs. L. § 496.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.     The Justice Center's office shall produce the investigation file related to said incident, including but not limited to, witness statements, records related to the incident, and

the minutes of any proceeding relating to said incident to the Office of Corporation Counsel pertaining to Incident No. VPCR # 101-13766932389 on or before February 22, 2021.

        2.        The Office of Corporation shall provide plaintiff with the file upon receipt from the Justice Center's office.

        3.        The investigation file, as well as the information contained in them, shall be kept confidential, and shall only be used by the parties herein for the purpose of evaluating, preparing, or presenting the parties' claims or defenses in this litigation.

**SO ORDERED.**

Dated:    February 10, 2021
        New York, New York

                                          HON. PAUL G. GARDEPHE
                                          UNITED STATES DISTRICT JUDGE