**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TRACY JONES,

                Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

20-CV-4411 (PGG) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Settlement Conference scheduled for **July 14, 2021 at 2:30 p.m.** is hereby adjourned *sine die*. The Court will hold a Pre-Settlement Conference Scheduling Call on **July 29, 2021 at 11:00 a.m**. Plaintiff may join counsel on the call. The dial in information is (866) 390-1828, access code 1582687.

        **SO ORDERED.**

Dated: July 13, 2021
      New York, New York

               *s/ Ona T. Wang*
               **Ona T. Wang**
               United States Magistrate Judge