UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY JONES, on behalf of her minor son M.J.,

                Plaintiff,

-against-

CITY OF NEW YORK and JOHN DOE EMPLOYEE OF THE ADMINISTRATION FOR CHILDREN'S SERVICES,

                Defendants.

ORDER

20 Civ. 4411 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        On April 5, 2021, this matter was referred to Magistrate Judge Ona T. Wang for purposes of conducting settlement negotiations. (Dkt. No. 24) The settlement conference before Judge Wang was adjourned <u>sine die</u> in light of Plaintiff's counsel's motion to withdraw from representation. (<u>See</u> Dkt. No. 31) The Court has since denied the motion to withdraw as moot. (Dkt. No. 36) The parties are directed to file a letter by November 18, 2021 to update the Court on the progress of its settlement discussions.

Dated: New York, New York
       November 12, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge